AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ MASSACHUSETTS

UNITED STATES OF AMERICA
V.

JORDAN McCARROLL

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER:

04 - M - 00555 RBC

I, JORDAN McCARROLL, charged in a ☑ complaint ☐ petition pending in this District with destroying a building by fire in violation of Title 18, U.S.C., 844(f)(1),

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☑ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☑ examination ☑ hearing.

DEC 22 2004
_____
Date

_____
Defendant

_____
Counsel for Defendant