UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. |
| | ) | |
| JORDAN MCCARROLL | ) | **05 10097 JLT** |
| | ) | |

INFORMATION
COUNT ONE
(18 U.S.C. §844(f)(1))
(Arson on Federal Property)

The United States Attorney charges that:

On or about December 15, 2004, at Wellfleet, in the
District of Massachusetts,

JORDAN MCCARROLL,

defendant herein, did maliciously damage and attempt to damage
or destroy, by means of fire, a building and other personal
and real property in whole or in part owned and possessed by,
or leased to, the United States, or any department or agency
thereof or any institution or organization receiving Federal
financial assistance.

All in violation of Title 18, United States Code, Section
§844(f)(1).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
John A. Capin
Assistant U.S. Attorney

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet** **0 5 1 0 0 9 7 JLT** **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____ **Category No.** II_____ **Investigating Agency** ATF_____

**City** Wellfleet_____ **Related Case Information:**

**County** Barnstable_____ Superseding Ind./ Inf. _____ Case No: _____
Same Defendant _____ New _____
Magistrate Judge Case Number  No. 04-MJ-00555-RBC____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Jordan McCarroll_____ Juvenile ☐ Yes ☒ No

Alias Name _____

Address  147 County Street, Lakeville, Massachusetts_____

Birth date (Year only): 1980  SSN (last 4 #): _____ Sex M Race: _____ Nationality: USA_____

**Defense Counsel if known:**  George Gormley_____ **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  John A. Capin_____ **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☒ **Warrant Requested** ☐ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** 12/17/04_____

☐ Already in Federal Custody as  pretrial detainee  in  Plymouth County HOC_____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:** ☐ Complaint ☒ Information ☐ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony  1_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:  April 6, 2005** **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

05 10097 JLT

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    Jordan McCarroll _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 844(f)(1) | arson of federal property | I |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

**ADDITIONAL INFORMATION:**

JS45.wpd - 1/15/04 (USAO-MA)