AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

JORDAN McCARROLL

CASE NUMBER: 05-10097 JLT

I, JORDAN McCARROLL, the above named defendant, who is accused of violation of 18 USC § 844(f)(1) arson on federal property

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on June 30, 2005 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____ 6/30/05
Judicial Officer