UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 05-10097-JLT |
| v.  ) | |
| ) | |
| JORDAN MCCARROLL  ) | |
| ) | |

### MOTION TO CONTINUE SENTENCING HEARING

Now comes JORDAN MCCARROLL, Defendant herein, and requests his sentencing hearing (currently scheduled for September 22, 2005) be continued until after November 2, 2005.

The United States (John Capin, Esq., AUSA) assents to this request.

Respectfully submitted,
**JORDAN MCCARROLL,**
By his attorney,

/s George F. Gormley

George F. Gormley (BBO# 204140)
*George F. Gormley, P.C.*
655 Summer Street
Boston, MA 02210
(617) 478-2750

**Dated:**    September 15, 2005