

# Memorandum

**To:** The Honorable Judge Assigned

**From:** Justin Prophet, U.S. Probation Officer

**CC:** John Capin AUSA; Greg Gormley Esq.

**RE:** McCarroll, Jordan Dkt. 1:05-cr-10097

### Recommended Suspension of Special Condition

On 11/10/2005, Jordan McCarroll appeared before the Honorable Joseph L. Tauro, U.S. District Judge for the District of Massachusetts, having previously pled guilty to Arson, in violation of 18 U.S.C. Sec 844(f)(1). On that date, Mr. McCarroll was sentenced to 84 months of custody followed by three years of supervised release. In addition to the standard conditions of supervised release, the Court imposed the following special conditions: (1) The defendant shall refrain from use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, no to exceed 104 tests per year, as directed by the U.S. Probation Office; (2) The defendant is to pay the balance of the restitution according to a court-ordered repayment plan; (3) The defendant is prohibited from incurring new credit card charges or opening additional lines of credit without the prior approval of the Probation Office while any financial obligations remain outstanding; (4) The defendant is to provide the Probation Office access to any requested financial information, which may be shared with the Financial Litigation Unit of the U.S. Attorney's Office; (5) The defendant is not to consume any alcoholic beverages; (6) The defendant is to participate in a program for substance abuse counseling as directed by Probation; and (7) The defendant is to participate in a mental health treatment program as directed by Probation.

The primary purpose of this memorandum is to inform the Court that this officer has been informed that Mr. McCarroll has completed mental health treatment to the satisfaction of his treatment provider. According to discharge documentation from Jennie Hurst (Licensed Clinical Social Worker), Mr. McCarroll's primary treatment provider at the Hope House, Mr. McCarroll received individual counseling from 8/2016 until 5/2017. Ms. Hurst reported that, "At time of discharge, client presented with no formal signs or symptoms warning that treatment was still necessary. Client has met goals throughout treatment and notes he is proud of himself and continues to make short and long term goals for himself in the future." In this officer's follow up communications regarding the mental health component of treatment, Ms. Hurst indicated that there were aspects throughout individual treatment that addressed mental health. Ms. Hurst went on to state, "Through cognitive behavioral interventions and strategies, Jordan worked to improve self-care, structure a life purpose, create positive family and support network relationships, and improve proper emotional regulation, all of which help decrease mental health symptoms. Throughout the almost year that I have been seeing Jordan, I did not observe any severe symptoms associated with serious mental illness to elicit any concern or recommendation for further treatment at this time."

Based on Ms. Hurst's assessment and Mr. McCarroll's history of compliance while on supervised release, this officer respectfully recommends that the Court consider suspending Mr. McCarroll's special condition regarding

mental health treatment. If for some reason in the future, Mr. McCarroll feels the need to re-enroll in treatment, we will refer him for services. Please contact this officer with any questions or concerns.

**Reviewed by:**
/s/ Joseph LaFratta
Joseph LaFratta
Supervising U.S. Probation Officer
June 14, 2017

[X] Special Condition for Mental Health treatment is suspended

[ ] The Special Condition is no suspended

[ ] Other: _____

/s/ George A. O'Toole, Jr.
_____

Honorable U.S. District Judge

Date: 6/19/2017